# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DONNICCO D. HOLLOWAY  
3014 HUFFMAN BLVD.  
ROCKFORD, IL  61103  

SSN-xxx-xx-4268

Case Number: 08-70308

Case filed on: 2/5/2008  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,038.50         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 571.38 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 571.38 | 0.00 |
| 999 | DONNICCO D. HOLLOWAY | 0.00 | 0.00 | 415.40 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 415.40 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 14,910.00 | 14,510.00 | 0.00 | 0.00 |
| 002 | MIDFIRST BANK | 3,676.97 | 3,676.97 | 0.00 | 0.00 |
|  | Total Secured | 18,586.97 | 18,186.97 | 0.00 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 0.00 | 400.00 | 0.00 | 0.00 |
| 003 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMCORE BANK | 21,892.54 | 21,892.54 | 0.00 | 0.00 |
| 005 | AMERICAN PROFIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAVALRY PORTFOLIO SERVICES LLC | 574.13 | 574.13 | 0.00 | 0.00 |
| 008 | DENNIS BREBNER & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NCO FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 2,953.63 | 2,953.63 | 0.00 | 0.00 |
| 011 | RECEIVABLE COLLECTION OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT SERVICES | 417.17 | 417.17 | 0.00 | 0.00 |
| 016 | U.S. ENERGY SAVINGS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 25,837.47 | 26,237.47 | 0.00 | 0.00 |
|  | Grand Total: | 46,424.44 | 46,424.44 | 986.78 | 0.00 |

Total Paid Claimant:     $986.78  
Trustee Allowance:       $51.72            Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:   0.00            discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008                    By  /s/Heather M. Fagan